IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT**

I, Michael Dassance, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a criminal complaint that Yahya Mohamed Mosleh and Islam Yahya Mosleh for violations of Title 21, United States Code, 841(a) (possession with the intent to distribute a controlled substance and/or a controlled substance analogue).

2. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request and execute arrest warrants and search warrants under the authority of the United States. I am a Special Agent with the Drug Enforcement Administration and have been since April 2018. I have participated in many training classes presented by the Drug Enforcement Administration, as well as the United States Department of Justice and other agencies, in the field of Drug Conspiracy Cases, Search Warrants including Warrants for Premises, Electronic Devices, Cellular Location Data, and Court Authorized Wire Intercepts. I have personally participated in numerous investigations involving drug trafficking violations, including possession with intent to distribute controlled substances and analogues, distribution of controlled substances and analogues, and conspiracy to possess with intent to distribute controlled substances and analogues. These investigations have resulted in arrests and convictions of individuals involved in the illegal trafficking of controlled substances and analogues. As a result of my training and experience, discussions with other experienced narcotics investigators and my daily involvement in drug trafficking investigations, I

have become familiar with the methods of operation typically used by drug traffickers. I know that drug traffickers often require the use of telephones, cellular telephones, and mobile applications to negotiate times, places, schemes, and manners for acquiring, possessing, concealing, and distributing controlled substances and analogues and for arranging the disposition of proceeds from the sale of controlled substances and analogues. I know that drug traffickers use cellular telephones to facilitate trafficking of drugs. I also know that drug traffickers use fraudulent information or nominees to subscribe to communication facilities, and change communication facilities to thwart law enforcement efforts to intercept their communications. I know that drug traffickers operate in a clandestine fashion to elude law enforcement and to minimize the risk of theft by other drug traffickers; that drug traffickers are typically surveillance conscious and use a variety of means, including the use of trail cars, lookouts, surveillance cameras, and other means to identify law enforcement officers engaged in surveillance operations. I also know that evidence of drug sales, such as books, records, letters of credit, and electronic media, are likely to be found where drug traffickers live. I am currently assigned to the New Orleans Field Division, Oxford Resident Office, in Oxford, Mississippi. Prior to my current assignment, I was assigned to the Detroit Field Division, Louisville District Office, Louisville, Kentucky, now the Louisville Field Division, Field Division Office.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that Yahya Mohamed Mosleh and Islam Yahya Mosleh have committed violations of Title 21, United States Code, 841(a) (possession with the intent to distribute a controlled substance and controlled substance analogue).

## PROBABLE CAUSE

1. Based on training an experience, I know that Kratom is a plant-based product that has become increasingly popular in the United States for its stimulant and pain-relieving effects. Reports of seizures, organ complications, and deaths have raised safety concerns. Natural kratom is considered a stimulant in low doses and an opiate-like sedative in higher doses. On Tuesday, August 26, 2026, the DEA temporarily placed Mitragynine Pseudoindoxyl, MGM-15, and MGM-16 in Schedule I. They can derived from alkaloids found in the kratom plant as well as produced fully synthetically in clandestine laboratories. Their synthetic nature and structural modifications can result in significantly higher potency compared to natural leaf products. Synthetic mitragynine compounds can be significantly stronger than morphine and carry a high risk of severe addiction, overdose, and death. The compounds are frequently sold in gas stations and convenience stores and are sometimes referred to as "gas station heroin."

2. On Monday, September 21, 2026, The University Police Department was dispatched to 508 Stewart Hall on the University of Mississippi Campus. The call was for an unresponsive male in his dorm room.

3. Officers arrived on scene, and the Oxford Fire Department was already on scene trying to render aid to Aidan Hamilton. OFD announced Hamilton deceased, and Officers took over the investigation. Agents with the Metro Narcotics Division of the Lafayette County Sheriff's Department responded to the scene due to the call being assumed to be an overdose. Upon arrival it appeared to the Coroner and other medical personnel that Hamilton could have died due to a Pulmonary Edema, consistent with a drug overdose. Agents and Officers also found pills in unopened packaging and opened packaging with pills missing that they believed,

based on their training and experience, to be Kratom or a synthetic (analogue) form of Kratom in Hamilton's room.






The ingredients are listed as: Pseudoindoxyl, MGM-15(DHM), 7-Hydroxymitragine. As noted above, Mitragynine Pseudoindoxyl and MGM-15 are both controlled substances. The label on the package reads "Smax, Pseudo-DHM" tablets. Agents are aware that these are often sold as a Kratom like substance at gas stations or tobacco shops. Based on training and experience, I know that purchasers will often buy these pills for the narcotic like effect. The coroner took possession of the body, and Agents East and Stratton took possession of the Kratom, transporting it to the Lafayette County Metro Narcotics office.

4. Officers and Agents spoke with Hamilton's roommate, Delvis Valdes. Valdes stated he met Hamilton when he moved into Stewart Hall. Valdes stated that the deceased smoked a lot of marijuana from pens and pipes. Valdes stated that he would keep his marijuana in a safe that was located in the room. Valdes stated that he did not know about any hard drugs

being used by Hamilton. Valdes stated he would bring the marijuana from Colorado, and he used it a lot, so much so, that he had a terrible cough.

5. Approximately one hour later, on the same day, September 21, 2026, Oxford Police Department Officers were dispatched to 328 Van Buren Avenue for a 20-year-old male not breathing and cold to the touch. Officers and EMS arrived on scene and found Robert Strang deceased. Agents East, Stratton, and Chequille Williams responded to the scene after receiving a call about the student possibly taking a Xanax.

6. Upon arriving on scene, Agents realized there were approximately 20 to 30 Nitrous Oxide cans. Roommates advised that Strang would use "whippets" daily, sometimes going through 2-3 cans a week. Also on the night stand was a package of Smax, Pseudo-DHM tablets. This is similar packaging of a suspected Kratom product that was found near Hamilton in his dorm room.









The ingredients of the consumed Smax are listed as: Pseudoindoxyl, MGM-15(DHM), 7-Hydroxymitragine. As noted above, Mitragynine Pseudoindoxyl and MGM-15 are both controlled substances. The ingredient of the red package and one of the Smax listed is Pseudo indoxyl and Pseudoindoxyl. Based on training and experience, your affiant believes that Pseudoindoxyl is short for Mitragynine Pseudoindoxyl – the full name of the Scheduled Controlled Substance.

7. After speaking with the roommates, Agents learned that Strang had spent Sunday watching football and hanging with friends. Around 1600 hours, Strang allegedly took a Xanax bar. He was last seen between 2330 and 0000 hours in the kitchen before retiring to his bedroom. At approximately 1525 hours, McCall found Strang in his bedroom unresponsive and

made the phone call to the 911 dispatch. Strang's body was taken by the Coroner and Agent East collected the tablets and transported them to the Lafayette County Metro Narcotics office.

8. After speaking with the roommates, Agents were able to find that Strang was buying the "Smax" from a gas station on Hwy 315 and Hwy 7 in Water Valley, MS later determined to be Express Mart #7, 700 Highway 7 South, Yalobusha County, MS.

9. Agents acquired bank records where it appears Strang went to Express Mart #7 on two separate dates and made purchases. The first purchase was on September 9, 2026, for $67.39 and the second purchase was on September 11, 2026, for $29.95.

10. Agents then decided to attempt controlled purchases at Express Mart #7, 700 Highway 7 South, Yalobusha County, MS. On September 22, 2026, a Mississippi Bureau of Narcotics UC went to that location to purchase Smax pills consistent with those found on the scenes. A clerk at store stated they were out of the 200 mg but sold him another form of the Smax Pseudo DHM pills consistent with the packages found at the Strang scene.







The ingredient listed is Pseudoindoxyl. Based on training and experience, your affiant believes that Pseudoindoxyl is short for Mitragynine Pseudoindoxyl – the full name of the Scheduled Controlled Substance.

11. Following the purchase, the pills were sent to the Columbus MS Forensic Lab for analysis. On September 23, 2026, Mississippi Bureau of Narcotics UC went back to Express Mart #7 and again purchased more of the Smax Pseudo-DHM pills. Following the purchase, the pills were sent to a crime lab in Florida for analysis.




The ingredients listed is Pseudoindoxyl. Based on training and experience, your affiant believes that Pseudoindoxyl is short for Mitragynine Pseudoindoxyl – the full name of the Scheduled Controlled Substance.

12. Aidan Hamilton's bank records were sent in by his parents as well. There are multiple purchases at Puffs Vape Tobacco & Beer business location 113 Heritage Drive, Oxford, MS in Oxford, MS. The first purchase is on September 9, 2026, for $14.16. The second purchase is on September 14, 2026, for $26.16 and the third purchase was on September 20, 2026, for $87.18.

13. On September 24, 2026, Metro Narcotics Agents arranged for a confidential informant to go to Puffs Vape Tobacco & Beer located on Heritage Drive. The informant was equipped with audio and video equipment and funds to purchase controlled substances, nitrous and Kratom. Upon entering the store, the informant made contact with the store clerk, Yahya Mohamed Mosleh, and requested to purchase nitrous oxide, and the clerk informed him he had

none for sale but offered marijuana from a jar and pre-rolled marijuana joints for purchase, the confidential informant declined to purchase marijuana. The informant then left the store and then returned moments later and specifically requested if the store sold 7 O Kratom based pills. The clerk informed him, "yes" and retrieved a key and opened a drawer under the register and pulled out a package of Kratom and placed it on the counter. The informant stated that is what he wanted, and the clerk pulled out multiple other similar packages and placed them on the counter. The clerk, told the informant to be careful taking the pills because people were dying from them. Other customers entered the store and Yahya Mohamed Mosleh then told the informant to be quiet about the pills. Mosleh then pushed the package of pills out of sight. The informant walked away until the group of customers left. The informant walked back to the counter and handed the clerk $100.00. Mosleh placed the pills in a black plastic bag, tied the bag closed, and told the informant to be careful with the pills. See below picture of the pills.



The ingredients listed is Pseudoindoxyl. Based on training and experience, your affiant believes that Pseudoindoxyl is short for Mitragynine Pseudoindoxyl – the full name of the Scheduled Controlled Substance.

14. Following the controlled purchases, on September 24, 2026, agents with the Metro Narcotics – Lafayette County Sheriff's Department executed a search warrant on Puffs Vape Tobacco & Beer. Yahya Mosleh's 18-year-old son, Islam Yahya Mosleh was working behind the counter. Agents detained Islam Mosleh. Yahya Mosleh then arrived on the scene and was detained. Agents seized multiple schedule I controlled substances along with over 500 Units of Kratom. The schedule I substances were an assortment of THC cartridges, gummies, pre rolls, and other suspected THC substances. Agents seized the U.S. Currency in the registers as well.

15. The preliminary results for some of the substances that went to Columbus MS Forensic Lab were verbally stated the pills contained 7 – Hydroxymitragynine, an unscheduled form of Kratom. Based on training and experience, I know that the Columbus Forensic Lab did not have the capabilities to test the substance for MGM-15, MGM-16, or MGPI. Despite the Columbus testing, some of the packaging seized from the Hamilton scene and from Puff's Vape Tobacco & Beer list the ingredients as containing MGM-15 – a controlled substance. Agents have arranged for the substances to be sent to an appropriate lab that can test for the aforementioned Schedule I controlled substances.

16. Agents are also still waiting on Toxicology results from the Medical Examiner's office.

17. Based on my training and experience and knowledge of this investigation, I submit there is probable cause to believe that Yahya Mohamed Mosleh and Islam Yahya Mosleh have committed the crimes of possession with the intent to distribute a controlled substance and/or controlled substance analogue and that the substances sold and seized contained a controlled substance.

**CONCLUSION**

18. Based on the aforementioned facts and circumstances, your Affiant believes that probable cause exists for the arrest of Yahya Mohamed Mosleh and Islam Yahya Mosleh for violations of Title 21, United States Code, 841(a) (possession with the intent to distribute a controlled substance and/or controlled substance analogue).

Respectfully submitted,

Michael Dassance
Special Agent
DEA

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on Sep. 25, 2026.

HONORABLE ROY PERCY
UNITED STATES MAGISTRATE JUDGE