UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26-mj-058

YAHYA MOHAMED MOSLEH
ISLAM YAHYA MOSLEH

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JANE M. VIRDEN, MAGISTRATE COURT JUDGE OF THE COURT AFORESAID:

Scott F. Leary, United States Attorney for the Northern District of Mississippi respectfully represents to the court as follows:

1. That the defendants, YAHYA MOHAMED MOSLEH (ME/M, DOB 1973) and ISLAM YAHYA MOSLEH (ME/M, DOB 2008) who is presently confined at the Lafayette County Detention Center, 711 E Jackson Ave, Oxford, MS 38655, having been duly committed to said institution under and in pursuance of the laws of the State of Mississippi;

2. That this cause is now pending for an initial appearance on the docket of this court and that said cause has been set in Oxford, Mississippi, on September 29, 2026, at 9:00 a.m.

WHEREFORE, your petitioner prays that a writ of habeas corpus ad prosequendum issue out of this Court to the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of YAHYA MOHAMED MOSLEH (ME/M, DOB 1973) and ISLAM YAHYA MOSLEH (ME/M, DOB 2008), before this Court for an initial appearance in Oxford, Mississippi, on September 29, 2026, at 9:00 a.m., and to then return safely

said prisoner to the custody of the Lafayette County Detention Center, 711 E Jackson Ave, Oxford, MS 38655, forthwith at the conclusion of the above cause.

Respectfully submitted,

SCOTT F. LEARY
United States Attorney

By: ______________________
CLYDE M. MCGEE
Assistant United States Attorney
MSB# 102229

Sworn to and subscribed before me, this the 29th day of September, 2026.

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 62994
KADA U. STEPHENSON
Commission Expires
Aug. 5, 2029
LAFAYETTE COUNTY

______________________
NOTARY PUBLIC

My commission expires: ______________