IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v. CRIM. NO. 3:26MJ58-RP

YAHYA MOSLEH
ISLAM MOSLEH

**NOTICE OF APPEAL OF MAGISTRATE JUDGE'S ORAL ORDER RELEASING THE DEFENDANTS AND ANY SUBSEQUENT WRITTEN ORDER AND REQUEST FOR STAY**

Notice is hereby given that the United States of America, Plaintiff in the above captioned case, hereby appeals to the United States District Court for the Northern District of Mississippi from Magistrate Judge's oral ruling and any subsequent order entered on October 1, 2026, denying the United States of America's Motion for Pretrial Detention of Yahya Mosleh and Islam Mosleh.

The Government is further requesting a stay of the Order of detention until the Government can file an appeal.

Executed on October 1, 2026.

*/s/ Clyde McGee IV*
Clyde McGee IV
Assistant United States Attorney
Miss. Bar No. 102229
900 Jefferson Avenue
Oxford, Mississippi 38655
Telephone: (662) 234-3351
clyde.mcgee@usdoj.gov