**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**CRIMINAL MINUTES**

**CASE NO.: 3:26-mj-58-RP**

**VIDEO CONFERENCE - Zoom**
Oxford Courtroom 2 - Greenville Courtroom 2

**UNITED STATES OF AMERICA**

**VS.**

**YAHYA MOHAMMED MOSLEH**
**ISLAM YAHYA MOSLEH**

**DATE & TIME BEGAN/ENDED:** **October 1, 2026**
**11:32 a.m. – 1:21 p.m.**

**TOTAL TIME: 1 hour and 49 minutes**

---

**PRESENT:**

**HONORABLE JANE M. VIRDEN, MAGISTRATE JUDGE**

**Courtroom Deputy**
Itonia R. Williams

**Official Court Reporter**
Digital

**Attorney for Government**
Scott Davis

**Probation Officer**
Brandon Cole

**Attorney for Defendant**
Clyde McGee

---

**PROCEEDINGS: Preliminary/Detention Hearing**

---

**Docket entry:** Proceedings held. Witness testified. Court found probable cause for the criminal complaint. Government's Motion for Detention was denied. Court set a secured bond of $20,000.00 for defendant Yahya Mohammed Mosleh and an unsecured bond of $20,000.00 for defendant Islam Yahya Mosleh. Order Setting Conditions of Release to be entered. Defendant Yahya Mohammed Mosleh remanded to custody of the United States Marshals Service pending posting of secured bond and processing of paperwork, and Defendant Islam Yahya Mosleh was remanded to the United States Marshals Service pending processing of paperwork.

**DANIEL B. McHUGH, Clerk of Court**

By: /s/ Itonia R. Williams
Courtroom Deputy